Ex parte Lucien Longchamps, peticionario.—Admisión al ejercicio del notariado. Jun. 17, 1926. Exigiéndose por nuestras leyes a los notarios conocimientos especiales que se enseñan en la Universidad de Puerto Rico y no en otras fuera de esta Isla, no encontramos que sea contraria a nuestra Carta Orgánica la Ley No. 15 de 12 de marzo de 1914 permitiendo a los abogados que hayan obtenido su diploma en la Universidad de Puerto Rico el que puedan una vez admitidos al ejercicio de la abogacía ejercer también como notarios y requiera por otra parte de los abogados con diploma de otras universidades un término de dos años después de haber sido admitidos al ejercicio de la profesión de abogado para ejercer como notarios; *no ha lugar* a reconsiderar nuestra resolución de ocho de junio corriente.

No. 3935.—Díaz Hermanos, demandantes y apelantes, *v.* Ignacio Sánchez & Co., S. en C., demandada y apelada.—C. D. Humacao. Cobro de dinero. Junio 18, 1926. Apareciendo de la moción para desestimar y de la certificación expedida en mayo 25, 1926 por el secretario de la corte sentenciadora que en marzo 9, 1923 se concedió al apelante una prórroga de 30 días para presentar la exposición del caso, lo que no ha hecho hasta la fecha de la citada certificación; no habiéndose radicado el transcript en esta corte, se declara con lugar la moción y en su consecuencia se desestima la apelación.